UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VINCENT KAUTH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TULARE COUNTY SHERIFF DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No.  1:23-cv-01733 GSA (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CORRECT SPELLING OF DEFENDANT'S NAME IN CASE CAPTION OF DOCKET<br><br>(See ECF No. 13) |

　　　Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On August 6, 2024, the Court screened the complaint and noted that throughout it Plaintiff consistently referred to one of the named defendants as "Jones II Kennet."  ECF No. 10 at 1-2 n.1.  Because it was believed that this name was incorrect, Plaintiff was directed to provide the Court with the correct spelling of Defendant's name or risk having the U.S. Marshal's Office being unable to have said Defendant served.  Id.

　　　On September 9, 2024, a notice filed by Plaintiff, which provides the correct spelling of Defendant's name, was docketed.  ECF No. 13.  It indicates that the correct spelling is "Kenneth

Jones II." Id. Therefore, consistent with Plaintiff's notice, the Clerk of Court will be ordered to correct the spelling of Defendant's name in the case caption of the docket.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall correct the spelling of "Defendant Kennet Jones" to "Defendant Kenneth Jones II" in the case caption of the docket.

IT IS SO ORDERED.

    Dated:   **September 29, 2024**             **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE